UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 11-40446 |
| | ) | CHAPTER | 7 |
| JENNIFER J WILSON | ) | REG/jd | |
| | ) | | |
| | ) | | |
| Debtor | ) | | |

ORDER CONCERNING DISCIPLINARY ACTION

At Fort Wayne, Indiana, on July 21, 2011.

The court takes judicial notice that, pursuant to an order issued on July 11, 2011, by the Chief Judge, United States District Court for the Northern District of Indiana, counsel for the debtor, Robert V. Monfort, has been suspended from the practice of law before the district court and, as a result, before this court as well, <u>see</u>, N.D. Ind. L.B.R. B-9010.1.

　　　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court